Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−15009−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eilene DaSilva
   aka Eliene Silva, aka Elaine Silva, aka
   Eleine C DaSilva
   81 Chestnut Street
   Livingston, NJ 07039

Social Security No.:
   xxx−xx−8126

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/20/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 20, 2022
JAN: rah

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-15009-JKS |
| Eilene DaSilva | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 20, 2022 | Form ID: 148 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eilene DaSilva, 81 Chestnut Street, Livingston, NJ 07039-5514 |
| 519642998 | + | Livingston Township, 357 South Livingston Avenue, Attn: Water I Sewer Department, Livingston, NJ 07039-3927 |
| 519642999 | + | Livingston Township, 357 South Livingston Avenue, Attn: water/sewer, Livingston, NJ 07039-3927 |
| 519643000 | + | Livingston Township, Tax Collector, 204 Hillside Avenue, Livingston, NJ 07039-3646 |
| 519643006 | + | New Jersey American Water, 233 Canoe Brook Road, Short Hills, NJ 07078-1013 |
| 519643004 | | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 519643007 | + | New Jersey American Water, 7303 Plantation Road, Pensacola, FL 32504-6335 |
| 519643009 | + | Shellpoint Mortgage, PO Box 740039, Cincinnati, OH 45274-0039 |
| 519643002 | + | Shellpoint Mortgage Service LLC Company, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 20 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 20 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519643005 | + | Email/Text: csc.bankruptcy@amwater.com | Dec 20 2022 20:34:00 | New Jersey American Water, PO Box 578, Alton, IL 62002-0578 |
| 519643008 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 20 2022 20:34:00 | Shellpoint Mortgage, 55 Beattie Place, Greenville, SC 29601-2165 |
| 519643010 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 20 2022 20:34:00 | Shellpoint Mortgage Inc, 55 Beattie Place, Greenvill, SC 29601-2165 |
| 519643001 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 20 2022 20:34:00 | Shellpoint Mortgage Service LLC, PO Box 10826, Greenville, SC 29603-0826 |
| 519643003 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 20 2022 20:34:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 519694083 | | Email/Text: mtgbk@shellpointmtg.com | Dec 20 2022 20:34:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 20, 2022 | Form ID: 148 | Total Noticed: 17 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 22, 2022               Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3